IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONOR L. MCGEE,

    Plaintiff,

  v.

Case No. 18-cv-705-wmc

OSHKOSH DEFENSE, LLC,
WISCONSIN ECONOMIC
DEVELOPMENT CORPORATION,
STATE OF WISCONSIN, AND
OSHKOSH POLICE DEPARTMENT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/1/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |