IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CONOR L. McGEE,

        Plaintiff,                            NOTICE OF APPEAL

        v.                                    18:cv-705-wmc

OSHKOSH DEFENSE, LLC,
WISCONSIN ECONOMIC DEVELOPMENT CORPORATION,
STATE OF WISCONSIN,
OSHKOSH POLICE DEPARTMENT,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Notice is hereby given that Conor L. McGee, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement. The last order and judgement was entered in this action on the 1st day of October, 2019. An application for stay pending appeal has been filed with the District Court. The Handbook for the Court of Appeals for the Seventh Circuit notes that "Filing a notice of appeal does not automatically stay the operation of the judgment or order of which review is sought. Employers Ins. of Wausau v. El Banco de Seguros del Estado, 357 F.3d 666, 671-72 (7th Cir. 2004). Application for a stay should be made first to the district court."

/s Conor Lafayette McGee (CLM 10/23/2019)

Conor L McGee, Plaintiff

313 E. Mifflin St #6

Madison WI 53703

10/28/2019